IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09CV284-RJC

| | |
|---|---|
| MICHELE M. RUSSELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BSN MEDICAL, INC., )<br>)<br>Defendant. )<br>_____) | **ORDER** |

**THIS MATTER** is before the Court on Defendant's "Motion To Withdraw Appearance of Robert D. Kilgore on Behalf of Defendant BSN Medical, Inc." (document #2), filed July 17, 2009, wherein Robert D. Kilgore seeks to withdraw as attorney of record for Defendant BSN Medical, Inc. This action was originally filed on April 22, 2009 in the United States District Court for the Western District of Texas, San Antonio Division. Mr. Kilgore was retained as local counsel to assist lead counsel, Bruce M. Steen and Makila Sands Scruggs  Due to the transfer of this action from Texas to North Carolina, Defendant is no longer in need of local counsel in Texas. For the reasons stated therein, the Motion is hereby **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: July 19, 2009

David S. Cayer
United States Magistrate Judge